**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**William Donnell BARROW,
Defendant-Appellant.**

**No. 17-6670**

United States Court of Appeals,
Fourth Circuit.

Submitted: August 17, 2017

Decided: August 22, 2017

William Donnell Barrow, Appellant Pro Se. Lawrence Jason Cameron, Denise Walker, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Donnell Barrow appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barrow*, No. 2:11-cr-00029-D-1 (E.D.N.C. May 12, 2017). We deny Barrow's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The district court's order also denies Barrow's motion for review of his case for harmless and plain error. Barrow confines his appeal to the district court's denial of his § 3582(c)(2) motion.